IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-471 CRB |
| Plaintiff, | **ORDER FURNISHING TRANSCRIPTS AND SETTING DEADLINE FOR AMENDED MOTION** |
| v. | |
| ERIC WINSTON MILLER, | |
| Defendant. | |

Defendant Eric Miller has filed a motion pursuant to 28 U.S.C. § 2255, which contains no substantive claims, instead stating, "I need all my transcripts to move forward with my brief." Mot. (dkt. 37). The Court hereby ORDERS that Defendant be furnished, <u>at no cost,</u> with the transcript of his plea colloquy hearing on February 24, 2016, and his sentencing hearing on May 11, 2016.[1] The record reflects that Defendant is indigent, and the Court is not in a position to determine whether Defendant's anticipated claims under 28 U.S.C. § 2255 are frivolous without Defendant's first gaining access to the transcripts. <u>See</u> 28 U.S.C. § 753(f).

The Court further ORDERS Defendant to amend his motion under 28 U.S.C. § 2255

---

[1] Defendant also requested his "discovery transcripts," but the Court is not aware of any such transcripts. <u>See</u> Mot. (dkt. 37) at 1.

(dkt. 37) <u>within ninety days</u> of the date of the proof of service on the transcripts.

**IT IS SO ORDERED.**

Dated: June 6, 2017



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE